IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00438-PSF-MJW

JAMES K. JUDKINS, et al.,

Plaintiff(s),

v.

SCOTT L. EVANS, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Defendants' Motion to Vacate and Reset Scheduling/Planning Conference (docket no. 14) is GRANTED.  The Rule 16 Scheduling Conference set on May 11, 2007, at 9:00 a.m. is VACATED and RESET to April 25, 2007, at 8:30 a.m., in courtroom A-502.  The parties shall file their proposed Rule 16 Scheduling Order with this court five (5) days prior to the Rule 16 Scheduling Conference consistent with the e-filing requirements of this court.

Date: April 9, 2007