IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00438-PSF-MJW

JAMES K. JUDKINS; and
JKJ EQUIPMENT COMPANY, INC., d/b/a Circus Chimera,

      Plaintiffs,

v.

SCOTT L. EVANS;
TRIMBLE, TATE, NULAN, EVANS & HOLDEN, P.C.;
G. RONALD HEATH; and
HOOVER, HULL, BAKER & HEATH, L.L.P,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      The Court, having considered the parties' Stipulated Motion for Dismissal With Prejudice (Dkt. # 46) and being fully advised, hereby ORDERS that all claims asserted in this action are DISMISSED WITH PREJUDICE, each party to bear his or its own costs and attorneys' fees.

      DATED:  August 10, 2007.

BY THE COURT:

*s/ Phillip S. Figa*

_____

Phillip S. Figa
United States District Judge